UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

G & G CLOSED CIRCUIT EVENTS, LLC                    Index No.: 21-CV-5006

                                Plaintiff,         MOTION TO WITHDRAW
                                                  AS COUNSEL

   -against-

JOSE A. GIL, individually and d/b/a EL PASILLO
RESTAURANT; and EL PASILLO CORP., an unknown
business entity d/b/a EL PASILLO RESTAURANT,

                              Defendant(s)
------------------------------------------------------------------------X

       **WILLIAM K. JOSEPH,** the undersigned counsel, respectfully moves to withdraw as counsel for Defendants in the above-captioned matter, as his last day of employment with the law firm of Marcote & Associates, PC is October 30, 2022.

       Marcote & Associates, PC will continue to represent the Defendants in this matter, and no party will be prejudcied if this Motion is granted.

       WHEREFORE, undersigned counsel respectfully request that this Court permit William K. Joseph, to withdraw as counsel for the Defendants in this matter.

Dated: October 30, 2022                            Respectfully submitted,

                                                     */s/ William K. Joseph*
                                                     Marcote & Associates, P.C.
                                                     108 New South Road
                                                     Hicksville, New York 11801
                                                     Tel: (516) 280-2281
                                                     Fax: (516) 280-2283
                                                     E-Mail Address: wjoseph@marcotelaw.com
                                                     File No.: MA21-6631